IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JODI HEER, an individual;<br><br>        Plaintiff,<br><br>vs.<br><br>CREIGHTON UNIVERSITY, a Nebraska Nonprofit Corporation;  ALEGENT CREIGHTON HEALTH, a Nebraska Nonprofit Corporation; PAT STEELE, an individual; KATHY TAGGART, an individual; DR. KATHY STEVENS, an individual; DR. KRISTEN DRESCHER, an individual; and LYNNE CARUSO, an individual;<br><br>        Defendants. | CASE NO.  8:14CV190<br><br>ORDER OF DISMISSAL<br>OF A PARTY |

This matter is before the Court on Plaintiff Jodi Heer's Notice of Dismissal (Filing No. 11).  The Notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i), and the Court concludes that it should be approved.  Defendant Alegent Creighton Health will be dismissed, without prejudice, and the Court will not assess costs or attorney's fees.  Accordingly,

IT IS ORDERED:

1. Plaintiff Jodi Heer's Notice of Dismissal (Filing No. 11) is approved;

2. Defendant Alegent Creighton Health is dismissed without prejudice;

3. The Court will not assess costs or attorney's fees; and

4. The Clerk will modify the caption accordingly.

Dated this 28th day of July, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge